

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

April 27, 1939

Honorable W. Lee O'Daniel
Governor of Texas
Austin, Texas

Dear Governor:

Opinion No. 0-699
Re: Power of Governor to auth-
orize authorities of Los
Angeles County, California,
to return the Plumlee family
to Swisher County, Texas.

Your inquiry of the 25th instant received.
You inquire whether you, as Governor, have the power to
authorize the return of the Plumlee family from Los Angeles
County, California to Tulia, Texas.

We answer that you do not, as Governor, have
this power. As a matter of fact, under the provisions of
Article 695b, Vernon's Civil Statutes, Sections 23 and 35,
if the Plumlee family was returned to Tulia, Texas, the
members of the family would not be eligible for assistance.
Therefore, since the family has been in California for three
years and is eligible for assistance there, we are of the
opinion that to return this family to Texas would be unfair
to them.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By:(Signed) A.S. Rollins
A. S. Rollins
Assistant

ASR:PBP

APPROVED:

(Signed) Gerald C. Mann
ATTORNEY GENERAL OF TEXAS